UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00441

**Lisa Michelle Ballenger,**
*Plaintiff,*

v.

**Commissioner, Social Security Administration,**
*Defendant.*

**ORDER**

Plaintiff Lisa Michelle Ballenger filed this action pursuant to 42 U.S.C. § 405(g) for judicial review of the commissioner's final decision denying her application for disability benefits. Doc. 1. The case was referred to United States Magistrate Judge K. Nicole Mitchell in accordance with 28 U.S.C. § 636(b).

On February 22, 2024, the magistrate judge issued a report recommending that the Commissioner's unopposed motion to remand to the Social Security Administration (Doc. 12) be granted. Doc. 13. The parties did not object to the report and recommendation. When no party objects to a magistrate judge's report, the court reviews it for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc).

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Defendant's unopposed motion to reverse with remand and enter judgment (Doc. 12) is granted. Defendant's unfavorable final decision denying plaintiff's claim for disability insurance benefits is reversed, and the matter is remanded for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

So ordered by the court on April 1, 2024.

J. CAMPBELL BARKER
United States District Judge