UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00441

**Lisa Michelle Ballenger,**
*Plaintiff,*

v.

**Commissioner, Social Security Administration,**
*Defendant.*

### ORDER

Plaintiff Lisa Michelle Ballenger initiated this action seeking judicial review of the Commissioner's decision to deny social security benefits. Following a remand to the Commissioner for further proceedings, plaintiff filed a motion for EAJA attorney's fees. Doc. 16. The motion was referred to United States Magistrate Judge K. Nicole Mitchell. Doc. 17.

The magistrate judge issued a report recommending that the motion for fees be granted. Doc. 18. No party objected to the report and recommendation. When a party fails to object to a magistrate judge's report, the court reviews the record only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc).

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court grants the motion for attorney's fees. The Commissioner shall pay fees incurred totaling $7,102.50 and $402.00 in costs, payable to plaintiff and mailed to plaintiff's counsel of record.

*So ordered by the court on August 14, 2024.*

J. CAMPBELL BARKER
United States District Judge